IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDMOND ELLIS,

    Plaintiff,

v.                                      CASE NO.  4:13cv428-RH/CAS

GEORGIA-PACIFIC WOOD
PRODUCTS, LLC,

    Defendant.

_____/

## ORDER EXTENDING THE DISCOVERY
## DEADLINE AND CONTINUING THE TRIAL

    The parties have moved to extend the discovery deadline and continue the trial.  They have shown adequate cause, but just barely.  The parties should take note: the trial will not be continued again.

    IT IS ORDERED:

    1.    The unopposed motion to extend deadlines and continue the trial, ECF No. 18, is GRANTED.

    2.    The discovery deadline is extended to June 6, 2014.

3. The trial is rescheduled for the two-week trial period that begins on August 18, 2014. A party with a conflict must file a notice by March 11, 2014.

SO ORDERED on March 1, 2014.

                                     s/Robert L. Hinkle
                                     United States District Judge